# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

ADAM THOMAS COIN                                                                                    PLAINTIFF

v.                             Case No. 3:12CV00174 JTK

CAROLYN W. COLVIN, Commissioner,
Social Security Administration                                                                      DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is affirmed. This case is hereby dismissed with prejudice.

SO ORDERED this 14th of August, 2013.

_____
UNITED STATES MAGISTRATE JUDGE